Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  15−15205−KCF
                    Chapter:  13
                    Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ramona L. Ramsey
   aka Ramona Ramsey−Pinedo, aka Ramona
   Pinietta
   106 Grove Mansion Way
   Bear, DE 19701

Social Security No.:
   xxx−xx−2812

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/1/16.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 1, 2016
JJW: slf

                                                                            James J. Waldron
                                                                            Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 15-15205-KCF
Ramona L. Ramsey                                                  Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin              Page 1 of 2        Date Rcvd: Dec 01, 2016
                            Form ID: 148             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
db             +Ramona L. Ramsey,    106 Grove Mansion Way,    Bear, DE 19701-1435
cr             +BANK OF AMERICA, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
lm             +Midland Mortgage Company,    POB 26648,   Oklahoma City, OK 73126-0648
515403263      +Fed Loan Serv,    Po Box 69184,   Harrisburg, PA 17106-9184
515570768      +Midfirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051
515403266      +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
515403267      +R & R Prfssnl Recovery,    1500 Reierstown Rd,    Pikesville, MD 21208-4339
515403268      +Revenue Collect,    Po Box 2103,   Mechanicsburg, PA 17055-2103
515403269      +State Collection Servi,    Attn: Bankruptcy,    2509 S Stoughton Rd,   Madison, WI 53716-3314
515554975      +Third Federal Savings & Loan,    325 Chestnut Street, Ste. 501,    Philadelphia, PA 19106-2605
515553507       U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg PA 17106-9184
515403271      +Zucker, Goldberg & Ackerman, LLC,    200 Sheffield Street,    Suite 101,
                 Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 01 2016 22:00:26     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 01 2016 22:00:25     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515631744      +EDI: BANKAMER.COM Dec 01 2016 21:53:00     BANK OF AMERICA, N.A.,    BANK OF AMERICA, N.A.,
                 P.O. BOX 5170,    SIMI VALLEY, CA 93062-5170
515403260      +EDI: BANKAMER.COM Dec 01 2016 21:53:00     Bank of America,
                 Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,   Simi Valley, CA 93062-5170
515403261      +E-mail/Text: banko@berkscredit.com Dec 01 2016 22:00:19     Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
515403262      +E-mail/Text: hariasdiaz@creditmanagementcompany.com Dec 01 2016 22:00:32
                 Credit Management Co,    2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
515403264      +E-mail/Text: csd1clientservices@cboflanc.com Dec 01 2016 22:00:34     Lancaster Collections,
                 Credit Bureau of Lancaster County,    Po Box 1271,   Lancaster, PA 17608-1271
515403265       E-mail/Text: camanagement@mtb.com Dec 01 2016 22:00:21     M & T Bank,   Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
515471269       E-mail/Text: camanagement@mtb.com Dec 01 2016 22:00:21     M&T BANK,   PO BOX 1288,
                 Buffalo, NY 14240
515403270      +E-mail/Text: TFSBANKRUPTCIES@THIRDFEDERAL.COM Dec 01 2016 22:00:22     Third Federal S & L,
                 7007 Broadway Ave,    Cleveland, OH 44105-1490
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515554861*      U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg PA 17106-9184
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor   BANK OF AMERICA, N.A. nj.bkecf@fedphe.com
```

```
District/off: 0312-3           User: admin              Page 2 of 2               Date Rcvd: Dec 01, 2016
                               Form ID: 148             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Brian C. Nicholas   on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon   on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon   on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
        Denise E. Carlon   on behalf of Creditor   M&T Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
        Joshua  Humphries   on behalf of Debtor Ramona L. Ramsey jhumphries@keaveneylegalgroup.com, data@keaveneylegalgroup.com
        Joshua I. Goldman   on behalf of Creditor   M&T Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Joshua I. Goldman   on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Joshua I. Goldman   on behalf of Creditor   MIDFIRST BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

        TOTAL: 12