**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joshua Humphries, Esq.
Keaveney Legal Group
1101 Kings Highway North
Suite G100
Cherry Hill, NJ 08034
(856) 831-7119
Attorney for Debtor(s)

Order Filed on December 1, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ramona L. Ramsey
aka Ramona Ramsey-Pinedo
aka Ramona Pinietta
Debtor(s)

| | |
|---|---|
| Case No.: | 15-15205-KCF |
| Hearing Date: | |
| Judge: | Kathryn C. Ferguson |
| Chapter: | 13 |

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 1, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of _____Debtor_____ and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr. P. 2002(f), the Clerk shall notify all parties in interest of the entry of this order.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Ramona L. Ramsey  
    Debtor

Case No. 15-15205-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 01, 2016  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.  
db         +Ramona L. Ramsey,    106 Grove Mansion Way,    Bear, DE 19701-1435

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2016 at the address(es) listed below:

         Albert Russo    docs@russotrustee.com  
         Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
         Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
         Andrew L. Spivack    on behalf of Creditor BANK OF AMERICA, N.A. nj.bkecf@fedphe.com  
         Brian C. Nicholas    on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor M&T Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
         Joshua Humphries    on behalf of Debtor Ramona L. Ramsey jhumphries@keaveneylegalgroup.com, data@keaveneylegalgroup.com  
         Joshua I. Goldman    on behalf of Creditor MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor MIDFIRST BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor M&T Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

                                                                                                 TOTAL: 12